463 A.2d 58

Commonwealth v. Martin, Appellant.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued May

25, 1983. Russell J. Heiple, for appellant; Dennis M. McGlynn, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., filed a memorandum concurring statement.